UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Delano Lamarr Clement,

            Plaintiff,        Case No. 24-13150

v.                               Judith E. Levy
                                United States District Judge

Warden Campbell, *et al.*,

                                Mag. Judge Curtis Ivy, Jr.

           Defendants.

_____/

## ORDER SUMMARILY DISMISSING CASE WITHOUT PREJUDICE

On November 26, 2024, Delano Lamarr Clement, an inmate at the Gus Harrison Correctional Facility, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff did not pay the filing fee, nor did he file a properly supported application to proceed without prepaying fees or costs. The Court issued an Order to Correct Deficiency on November 27, 2024, informing Plaintiff that if he did not pay the filing and administrative fee or file an application to proceed without prepaying fees or costs along with the required supporting documents by December 27, 2024, the case may be dismissed.

(ECF No. 5.)

Plaintiff has failed to respond to the deficiency order, and the time for correcting his filing deficiency has now expired.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for want of prosecution. See Fed. R. Civ. P. 41(b); *Erby v. Kula*, 113 F. App'x 74, 75–76 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x 804, 805 (6th Cir. 2003).

IT IS SO ORDERED.

Dated: January 23, 2025      s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 23, 2025.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager